531 A.2d 1117

**Kenneth L. CRACRAFT, Respondent,**

v.

**Carol J. CRACRAFT, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 16, 1987.

## ORDER

PER CURIAM.

Petition is hereby granted. The Order of Superior Court affirming the Final Decree in this case is reversed. The case is remanded to Superior Court for consideration on the merits.

McDERMOTT, J., dissents and would grant argument.